**FILED**

*December 18, 2017*

**Third Court of Appeals**
**Jeffrey D. Kyle**
**Clerk**



*03-17-00082-CR*



**COMAL COUNTY**
DISTRICT CLERK'S OFFICE

*Heather N. Kellar • District Clerk*

December 18, 2017

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX  78711-2547

**RE:**    Court of Appeals Number: 03-17-00082-CR
          Trial Court Case Number: CR2016-500

**Style:**    **Dylan Scott Garrett, Appellant**
                              **v.**
              **The State of Texas, Appellee**

Dear Clerk:

I am the official responsible for preparing the Supplemental Clerk's Record on the above referenced appeal.  The Supplemental Clerk's Record was due **September 21, 2017**.  The Supplemental Record was to contain the trial court's findings and orders.  My apologies, but at this time I do not have any updates pertaining to this appeal.  In the case history I do show that a hearing was set for September 14, 2017 for Motions on Appeal, but no docket entries were made on the Judges docket sheet.  I have asked for updates from the court with no response.  Please accept this letter as documentation for the Supplemental Clerk Record.

Should you need anything further please let me know.

Respectfully,

**Heather N. Kellar**
Comal County District Clerk
kellah@co.comal.tx.us